UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DOSS,

Plaintiff,

v.

MICHIGAN DEPARTMENT OF CORRECTIONS and FRANK SAWYER, in his individual capacity,

Defendants.
_____________________________________/

Case No. 20-10266

Paul D. Borman
United States District Judge

Curtis Ivy, Jr
United States Magistrate Judge

**ORDER SANCTIONING ATTORNEY JONATHAN R. MARKO PURSUANT TO FED. R. CIV. P. 11 AND 28 U.S.C. § 1927**

On July 27, 2021, the Court held a show cause hearing regarding the issue of sanctionable conduct by Plaintiff's counsel Jonathan Marko. Specifically, the Court previously found that Attorney Marko violated 28 U.S.C. § 1927 and Fed. R. Civ. P. 11(b) by filing Plaintiff's Motion for Remand (ECF No. 32) mere days after the Court plainly ruled that it would continue jurisdiction over Plaintiff's remaining state law claims. (ECF No. 45.) Plaintiff's frivolous motion unreasonably and vexatiously multiplied the proceedings in violation of 28 U.S.C. § 1927, and needlessly increased the cost of litigation in violation of Fed. R. Civ. P. 11(b). The Court ordered attorney Jonathan Marko to appear and show cause regarding the sanctionable conduct.

Having provided Attorney Marko with an opportunity to respond to his conduct at issue, and an opportunity for Defendant's counsel to address this issue and advise the Court regarding the costs Defendant incurred in responding to the frivolous motion to remand, the Court finds that Attorney Marko has multiplied the proceedings unreasonably and vexatiously in violation of 28 U.S.C. § 1927 and has needlessly increased the costs of litigation in violation of Fed. R. Civ. P. 11(b).

Accordingly, **IT IS HEREBY ORDERED** the Attorney Jonathan Marko shall pay costs in the amount of **$2,250**, payable to Defendant State of Michigan, reimbursing Defendant for nine hours of attorney time at a rate of $250.00 per hour.

**IT IS FURTHER ORDERED** that Attorney Marko shall pay a fine in the amount of **$1,000**, payable to this Court, for his contemptuous behavior in violation of 28 U.S.C. § 1927.

These costs and fine are due by **Tuesday, August 10, 2021.**

IT IS SO ORDERED.

Dated: July 27, 2021

s/Paul D. Borman
Paul D. Borman
United States District Judge