UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DOSS,

        Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS,

        Defendant.
_____/

Case No. 20-cv-10266

Paul D. Borman
United States District Judge

## JUDGMENT

For the reasons stated in an Opinion and Order issued this same day, it is **ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Dated: 4/11/2022

                                              Paul D. Borman
                                              United States District Judge